UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HAROLD E. MONTAGUE,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>MAINWARNING, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.  2:22-cv-00034-RFB-VCF<br><br>ORDER |

**I.　DISCUSSION**

　　　　On December 22, 2022, the Court issued an order screening Plaintiff's first amended complaint under 28 U.S.C. § 1915A.  (ECF No. 13.)  The Court allowed Plaintiff's excessive force claim to proceed and dismissed Plaintiff's other claims without prejudice and with leave to file a second amended complaint within 60 days.  (*Id.* at 12-13.)  Plaintiff has filed a motion requesting an extension to file a second amended complaint. (ECF No. 15.)  In his motion, Plaintiff states that he has been denied access to the law library, and that some or all of his legal work may have been destroyed.  (*Id.*)

　　　　The Court will grant Plaintiff an extension until April 28, 2023, to file a second amended complaint.  Baring unusual circumstances, the Court does not anticipate granting another extension.  The Court notes that Plaintiff does not need to include any legal arguments in his second amended complaint.  Rather, Plaintiff only needs to allege the facts giving rise to his claims.  In the Court's screening order, the Court stated the standard for stating various legal claims.  Plaintiff should refer to these standards when preparing any second amended complaint.  Because Plaintiff's motion references the possible destruction of his legal work, the Court will resend Plaintiff a courtesy copy of its screening order and Plaintiff's first amended complaint.

**II.　CONCLUSION**

　　　　For the foregoing reasons, it is ordered that Plaintiff's motion for an extension to file a second amended complaint (ECF No. 15) is granted.  If Plaintiff chooses to file a

1

second amended complaint, Plaintiff will file the second amended complaint on or before April 28, 2023.

It is further ordered that the Clerk of the Court will send to Plaintiff a copy of the approved form for filing a § 1983 complaint, instructions for the same, the Court's screening order (ECF No. 13), and a copy of Plaintiff's first amended complaint (ECF No. 14). If Plaintiff chooses to file a second amended complaint, he should use the approved form and he will write the words "Second Amended" above the words "Civil Rights Complaint" in the caption.

It is further ordered that pursuant to the Court previous screening order, if Plaintiff chooses not to file a second amended complaint, this action will proceed immediately on Plaintiff's excessive force claim against Defendants Mainwarning, Harroun, Martin, and Baras only.

DATED THIS 7th day of March 2023.

_____
UNITED STATES MAGISTRATE JUDGE