AARON D. FORD
Attorney General
LEO T. HENDGES (Bar No. 16034)
Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3795 (phone)
(702) 486-3773 (fax)
Email: lhendges@ag.nv.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HAROLD MONTAGUE, | Case No. 2:22-cv-00034-RFB-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| MAINWARNING, et al., | |
| Defendants. | |

Plaintiff, Harold Montague, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Leo T. Hendges, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 4th day of October, 2023.

By: _____
Harold Montague #1125410
Plaintiff, Pro Se

DATED this 4th day of October, 2023.
AARON D. FORD
Attorney General

By: /s/ Leo T. Hendges
Leo T. Hendges (Bar No. 16034)
Senior Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: November 3, 2023